# STATE BOARD OF LAW EXAMINERS v. FRANK ELBERT DOWNEY.[1]

May 9, 1913.

Nos. 17,737—(34).

## Suspension of attorney.

The State Board of Law Examiners, by one of its members, petitioned this court that Frank Elbert Downey be disbarred from practicing law in the courts of this state because of wilful misconduct in his profession in having appropriated various sums of money which he had collected for various clients, as specifically enumerated in the petition. The petition was personally served upon said Downey on September 16, 1912.

PER CURIAM.

Respondent was charged with misconduct in his profession as an attorney and

1 Reported in 141 N. W. 1134.
    121 M.—34.

counselor at law. Notice was served upon him in the state of Washington, to which state he removed prior to the commencement of the proceedings, but he made no appearance. His failure to appear may be taken as a confession of the truth of the charges made against him. However, to the end that no injustice may be done respondent, no final judgment will be ordered, but instead thereof the order will be and is, that respondent be suspended from further practicing his profession in any of the courts of the state until such time as he shall appear before this court and make complete and full explanation of the charges against him.

It is so ordered.